# APPENDIX OF EXHIBITS TO DEFENDANTS AND COUNTER-PLAINTIFFS' JACK RYAN ENTERPRISES, LTD. AND JACK RYAN LIMITED PARTNERSHIP'S MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| Exhibit 1 | April 6, 1983 Memo | |
| Exhibit 2 | Agreement between Thomas L. Clancy, Jr. and The United States Naval Institute, dated November 21, 1983 and bearing Bates numbers RYFC0000711-713 | **UNDER SEAL** |
| Exhibit 3 | Copyright Registration for *The Hunt for Red October*, published October 3, 1984 | |
| Exhibit 4 | Option/Purchase Agreement (Short Form) between the United States Naval Institute and The Red October Company, dated May 7, 1985 and bearing Bates numbers RYFC0000801-811 | **UNDER SEAL** |
| Exhibit 5 | Option/Purchase Agreement between the United States Naval Institute and Paramount Pictures Corporation, dated July 31, 1986 and bearing Bates numbers RYFC0002426-55 | **UNDER SEAL** |
| Exhibit 6 | Articles of Incorporation for Jack Ryan Enterprises Ltd., filed May 28, 1985 and bearing Bates numbers CLANCY-00194624-41 | |
| Exhibit 7 | Correspondence from Tom Clancy to Robert Youdelman, dated September 8, 1988 and bearing Bates numbers CLANCY-00018124-25 | |
| Exhibit 8 | Agreement between Tom Clancy and William Morris Agency, Inc., dated August 29, 1985 and bearing Bates numbers RYFC0004427-4430 | **UNDER SEAL** |
| Exhibit 9 | Agreement between JREL, Larry Bond, Berkley Publishing Corporation and G. P. Putnam's Sons, dated November 27, 1985 and bearing Bates numbers RYFC0001044-57 | **UNDER SEAL** |
| Exhibit 10 | Copyright Registration for *Red Storm Rising*, published August 7, 1986 | |
| Exhibit 11 | Agreement between JREL, Berkley Publishing Corporation and G. P. Putnam's Sons, dated November 28, 1985 and bearing Bates numbers RYFC0000955-68 | **UNDER SEAL** |
| Exhibit 12 | Copyright Registration for *Patriot Games*, bearing Bates numbers RYFC0002661-63 | |
| Exhibit 13 | Copyright Registration for *Cardinal of the Kremlin*, bearing Bates numbers RYFC0002654-57 | |
| Exhibit 14 | Agreement between JREL, Berkley Publishing Corporation and G. P. Putnam's Sons, dated July 1, 1987 and bearing Bates numbers RYFC0000431-42 | **UNDER SEAL** |
| Exhibit 15 | Copyright Registration for *Clear and Present Danger*, bearing Bates numbers RYFC0002658-60 | |

| | | |
|---|---|---|
| Exhibit 16 | Correspondence from Tom Clancy to Deborah Estes, dated October 27, 1987 and bearing Bates numbers RYFC0000900-01 | |
| Exhibit 17 | Correspondence from Tom Clancy to Tom Epley, dated December 3, 1987 and bearing Bates numbers RYFC0000906-08 | |
| Exhibit 18 | Correspondence from E. Brylawski to R. Youdelman, dated January 7, 1988 and bearing Bates numbers RYFC0000910-13 | |
| Exhibit 19 | Correspondence from Robert Youdelman to Thomas L. Clancy, Jr., dated January 29, 1988 and bearing Bates numbers RYFC0000877-78 | |
| Exhibit 20 | Declaration of Robert C. Osterberg and Exhibits, dated June 26, 2018, bearing Bates numbers CLANCY-00000001-14 | **UNDER SEAL** |
| Exhibit 21 | Correspondence from R. Youdelman to R. Osterberg, dated December 15, 1988 and bearing Bates numbers RYFC0000708-10 | **UNDER SEAL** |
| Exhibit 22 | Transfer of Ownership of Copyright and Assignment between the United States Naval Institute and Jack Ryan Enterprises, Ltd., dated November 30, 1988 and bearing Bates numbers RYFC0016829-30 | |
| Exhibit 23 | Agreement between Jack Ryan Enterprises, Ltd. and Paramount Pictures Corporation, dated May 2, 1989 and bearing Bates numbers RYFC0002456-63 | **UNDER SEAL** |
| Exhibit 24 | Agreement between JREL, Berkley Publishing Corporation and G. P. Putnam's Sons, dated April 30, 1990 and bearing Bates numbers RYFC0001399-412 | **UNDER SEAL** |
| Exhibit 25 | Copyright Registration for *The Sum of All Fears*, bearing Bates numbers RYFC0002681-83 | |
| Exhibit 26 | Option/Purchase Agreement between JREL and Paramount Pictures Corporation, dated May 21, 1990 and bearing Bates numbers PR0001320-48 | **UNDER SEAL** |
| Exhibit 27 | Agreement between JREL and Paramount Picture Corporation, dated June 17, 1992 and bearing Bates numbers RYFC0001992-95 | **UNDER SEAL** |
| Exhibit 28 | Jack Ryan Limited Partnership Agreement of Limited Partnership, dated February 26, 1992 and bearing Bates numbers CLANCY-00194590-623 | |
| Exhibit 29 | Agreement between JRLP, Berkley Publishing Corporation and G. P. Putnam's Sons, dated July 27, 1992 and bearing Bates numbers RYFC0001643-56 | **UNDER SEAL** |
| Exhibit 30 | Agreement between JRLP, Berkley Publishing Corporation and G. P. Putnam's Sons, dated October 5, 1993 and bearing Bates numbers RYFC0000592-607 | **UNDER SEAL** |

7933944 2 52092/134903 06/24/2020

| | | |
|---|---|---|
| Exhibit 31 | Copyright Registration for *Without Remorse*, published August 11, 1993 | |
| Exhibit 32 | Copyright Registration for *Debt of Honor*, published August 18, 1994 | |
| Exhibit 33 | Copyright Registration for *Executive Orders*, published August 12, 1996 | |
| Exhibit 34 | Articles of Incorporation of Rubicon, Inc., dated November 15, 1995 and bearing Bates numbers CLANCY-00194642-58 | |
| Exhibit 35 | Agreement between Tom Clancy, Berkley Publishing Corporation and G. P. Putnam's Sons, dated July 31, 1997 and bearing Bates numbers RYFC0001643-56 | **UNDER SEAL** |
| Exhibit 36 | Revocable Assignment and Qualified Assumption, dated August 1, 1997 and bearing Bates number PR0008204 | **UNDER SEAL** |
| Exhibit 37 | Clancy Settlement Agreement, dated December 28, 1998 and bearing Bates numbers PR0003986-4016 | **UNDER SEAL** |
| Exhibit 38 | Assignment between Thomas L. Clancy, Jr. and JRLP, dated December 1, 1998 and bearing Bates number RYFC0000975 | **UNDER SEAL** |
| Exhibit 39 | Jack Ryan Enterprises, Ltd. Unanimous Written Consent of Directors, dated December 28, 1998 and bearing Bates numbers PR0012741-43 | |
| Exhibit 40 | Jack Ryan Limited Partnership Consent of General and Limited Partners, dated December 28, 1998 and bearing Bates numbers PR0000244-46 | |
| Exhibit 41 | Internet webpage concerning the marriage of Alexandra Llewellyn and Tom Clancy, last accessed March 18, 2020 | |
| Exhibit 42 | Memorandum of Agreement between JRLP and Paramount Pictures Corporation, dated July 7, 1999 and bearing Bates numbers RYFC0002220-61 | **UNDER SEAL** |
| Exhibit 43 | Amendment between JREL and Paramount Pictures Corporation, dated July 7, 1999 and bearing Bates number RYFC0004914 | **UNDER SEAL** |
| Exhibit 44 | Memorandum of Agreement between JRLP and Paramount Pictures Corporation, dated February 15, 2001 and bearing Bates numbers RYFC0002571-644 | **UNDER SEAL** |
| Exhibit 45 | Amendment between JREL and Paramount Pictures Corporation, dated February 15, 2001 and bearing Bates number RYFC0004913 | **UNDER SEAL** |
| Exhibit 46 | Email from M. Ovitz to T. Clancy, L. Bowen, R. Youdelman, M. Zand, J. Ellis, B. Johnson, C. George, and J. Sorgini, dated January 26, 2008 and bearing Bates numbers RYFC0002322-23 | **UNDER SEAL** |
| Exhibit 47 | Email from R. Youdelman to J. Ellis, F. Curtis, and M. Ovitz, dated June 19, 2008 and bearing Bates number PR0013107 | **UNDER SEAL** |

7933944 2 52092/134903 06/24/2020

| Exhibit 48 | Email from R. Youdelman to S. Sachs and J. Thrope, dated June 13, 2013 and bearing Bates number RYFC0009777 | **UNDER SEAL** |
|---|---|---|
| Exhibit 49 | Last Will of Thomas L. Clancy, dated June 11, 2007 | |
| Exhibit 50 | Inventory, filed January 10, 2014 | |
| Exhibit 51 | Memorandum from R. Youdelman and F. Curtis to S. Sachs, K. Webb, and J. Walsh, dated November 26, 2013 and bearing Bates numbers PR012760-63 | |
| Exhibit 52 | Email and attachments from J. Webb to R. Youdelman, F. Curtis, S. Sachs, A. Clancy, and M. Zand, dated February 19, 2014 and bearing Bates numbers PR0007496-98 | |
| Exhibit 53 | Bill from R. Youdelman to JRE, JREL, and Rubicon, Inc., dated June 2, 2014 and bearing Bates numbers CLANCY-00196628-29 | |
| Exhibit 54 | Correspondence and attachments from J. Webb to L. Palmer, dated May 8, 2014 and bearing Bates numbers CLANCY-00194545-694 | **UNDER SEAL** |
| Exhibit 55 | Email from J. Walsh to R. Youdelman and F. Curtis, dated June 10, 2014 and bearing Bates number RYFC0012732 | |
| Exhibit 56 | Notice of Termination of Transfer of Copyright for the Work Entitled "The Hunt for Red October," dated March 4, 2016 | |
| Exhibit 57 | Excerpt from the Deposition of Wanda King, dated December 11, 2018 | |
| Exhibit 58 | Plaintiff's Supplemental Answers to Interrogatories of Defendants Jack Ryan Enterprises, Ltd. and Jack Ryan Limited Partnership | |
| Exhibit 59 | Employment Agreement between Jack Ryan Enterprises Ltd. and Thomas L. Clancy, dated February 4, 1992 and bearing Bates numbers RYFC0000619-25 | |
| Exhibit 60 | Employment Agreement between Jack Ryan Limited Partnership and Thomas L. Clancy, dated February 26, 1992 and bearing Bates numbers RYFC0000640-43 | |
| Exhibit 61 | Memorandum of Agreement, dated November 18, 1998 and bearing Bates number PR0000051-119 | **UNDER SEAL** |
| Exhibit 62 | Amendment between JREL and Paramount Pictures Corporation, dated August 9, 2002 and bearing Bates numbers PR0000120-21 | **UNDER SEAL** |

7933944 2 52092/134903 06/24/2020