# Exhibit 50

IN THE ORPHANS' COURT FOR

(OR)

BEFORE THE REGISTER OF WILLS FOR _____ Baltimore City _____, MARYLAND

IN THE ESTATE OF: Thomas L. Clancy, Jr.

ESTATE NO. 101962

RECEIVED JAN 1 0 2014
REGISTER OF WILLS
FOR BALTIMORE CITY
JOINT ACCOUNTS DEPARTMENT

DATE OF DEATH October 1, 2013

PARTIAL

# INVENTORY
## Summary

| Schedule | Type of Property | Appraised Value |
|---|---|---|
| A | Real | $ |
| B | Leasehold | $ |
| C | Tangible personal | $ 16,062.00 |
| D | Corporate stocks | $ 979,029.77 |
| E | Bonds, notes, mortgages, debts due to the decedent | $ |
| F | Bank accounts, savings and loan accounts, cash | $ 79,712.23 |
| G | All other interests | $ |
| | Total | $ 1,074,804.00 |

I solemnly affirm under the penalties of perjury that the contents of the foregoing inventory are true to the best of my knowledge, information, and belief and that any property valued by me which I have authority as personal representative to appraise has been valued completely and correctly in accordance with law.

_George K. Reynolds, III_
Attorney George K. Reynolds, III

c/o Miles & Stockbridge P.C.
Address

100 Light Street, Baltimore, MD 21202

410.385.3647
Telephone Number

Personal Representative J.W. Thompson Webb       Date

Personal Representative       Date

Personal Representative       Date

# INVENTORY
## Supporting Schedule

Inventory of Estate of
Thomas L. Clancy, Jr.

Estate No. 101962

SCHEDULE _____ C _____

| Item No. | Description | Market Value |
|---|---|---|
| 1. | 2001 Ford F150 - good condition (see NADA valuation) | $5,512 |
| 2. | 1993 Cadillac Allante - good condition (see NADA valuation) | $10,550 |
| | **Total** | $16,062.00 |

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the _____ day of _____, _____, and that the appraisal was done impartially and to the best of my skill and judgement.

_____      _____
Signature of appraiser                              Printed Name

                                                                   _____
                                                                   Address

### Instructions:

Pursuant to Code, Estates and Trusts Article §7-201.
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessay to list wearing apparel other than furs and jewelry.

RW1123                                                                                                    ROWNET
                                                                                                          11/2009
                                                                                                          PDF

14

2001 Ford F-150 Regular Cab XL 4WD Prices, Values & F-150 Regular Cab XL 4WD Pr... Page 1 of 1

101962



Change Make > Change Year & Model > Change Trim > Change Mileage & Options > **Values**



### 2001 Ford F150 Pickup-1/2 Ton-V8
Regular Cab XL 4WD

**Spotlight Vehicle**

Powered by a 2.4-liter Tigershark engine, estimated MPG of 25/41, Dart proves big things come in small packages.
See the 2013 Dodge Dart

**Values**  Specifications  Pictures  Reviews & Ratings  Safety
Values  CPO Pricing  CPO Incentives & Deals  Cost to Own  Calculate Payments

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | $2,025 | $2,925 | $3,675 | $5,875 |
| **Mileage (71,240)** | $1,837 | $1,837 | $1,837 | $1,837 |
| **Total Base Price** | $3,862 | $4,762 | $5,512 | $7,712 |
| **Options:** (add) | | | | |
| **Price with Options** | $3,862 | $4,762 | $5,512 | $7,712 |

Is this 2001 Ford F-150 a car you can trust? Check the AutoCheck vehicle history report >>

### Search Used Car Listings

We found 2 2001 Ford listings within 25 miles of your zip code.

*Powered by AutoTrader.com*   Submit

### Vehicle History Report

Buying used? Trading in?  ✓AutoCheck
Run a FREE VIN check

*Enter VIN (optional)*   Submit

### Car Buying & Selling Services

Sell your car now on AutoTrader.com
Credit ready for auto shopping? Check now.
Search for cars in your local area

Get pre-approved for an auto loan
Free new car dealer quote

**Next: CPO Pricing**

| Industry | Help | Tools | Company | |
|---|---|---|---|---|
| Advertise | FAQ | Change Zip | About Us | Follow Us |
| Link to Us | Contact Us | Ad Choices | Privacy Policy | |
| Media Room | Security | | Disclaimer | |
| Product Store | | | Copyright | |

© Copyright 2013 NADAguides. All Rights Reserved. NADAguides is an alliance partner of NADA Services Corporation. © Copyright 2014 NADASC. All Rights Reserved. Powered by Chrome Data

1993 Cadillac Allante 2 Door Convertible Value, Prices & Specs | NADAguides | NADA ...   Page 1 of 1

101962



Change Manufacturer > Change Year & Model > Change Options > **Values**

# 1993 Cadillac Allante
2 Door Convertible

**Research another classic car**

Values   Special Notes

Values

## Values

|  | Original MSRP | Low Retail | Average Retail | High Retail |
|---|---|---|---|---|
| **Base Price** | $59,975 | $7,000 | $10,550 | $15,000 |
| Options: (add) |  |  |  |  |
| **TOTAL PRICE:** | $59,975 | $7,000 | $10,550 | $15,000 |

### Search Local Listings

We found **1** Cadillac listings within **50** miles of your zip code.

*Powered by AutoTrader.com*   Submit

### Vehicle History Report

Know the History   ✓AutoCheck
Get the Used Car Report

*Enter VIN (optional)*   Submit

### Classic Car Buying & Selling Services

Free insurance quote for your classic car
Credit ready for auto shopping? Check now.
Buy a classic car price guide

Sell your car now on AutoTrader.com
Classic Car Loans: Simple and secure process
Search classic car listings within your area

**Next: Special Notes**

| Industry | Help | Tools | Company |
|---|---|---|---|
| Advertise | FAQ | Change Zip | About Us |
| Link to Us | Contact Us | Ad Choices | Privacy Policy |
| Media Room | Security |  | Disclaimer |
| Product Store |  |  | Copyright |

Follow Us

© Copyright 2013 NADAguides. All Rights Reserved. NADAguides is an alliance partner of NADA Services Corporation.

# INVENTORY
## Supporting Schedule

Inventory of Estate of
Thomas L. Clancy, Jr.

Estate No. 101962

SCHEDULE  D

| Item No. | Description | Market Value |
|---|---|---|
| | ****STATEMENTS ATTACHED**** | |
| 1. | Blackrock National Muni (Acct *5977) | $123,888.17 |
| 2. | Morgan Stanley (Acct *4022) | $114,001.97 |
| 3. | American BankNote Corp | $235.04 |
| 4. | 729 shares of Community Financial Corporation | $13,851.04 |
| 5. | 6,629.380 shares of American Funds Invmt Co. | $238,790.26 |
| 6. | 13,135.951 shares of American Funds Washington Mutual | $488,263.29 |
| | **Total** | $979,029.77 |

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the _____

day of _____ , _____ , and that the appraisal was done impartially and to the best of my skill and judgement.

_____  
Signature of appraiser

_____  
Printed Name

_____  
Address

### Instructions:

Pursuant to Code, Estates and Trusts Article §7-201.
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessay to list wearing apparel other than furs and jewelry.

101962

Finance Home   My Portfolio   Market Data   Business & Finance   Personal Finance

Enter Symbol                                                                Fri, Jan 3, 2014, 11:42AM EST - US Markets close in 4 hrs and 18 mins

Dow ↑0.12% Nasdaq ↓0.34%

**BlackRock National Municipal Inv A (MDNLX)**                              Add to Portfolio

**10.35** 0.00(0.00%) Jan 2

### Historical Prices                                    Get Historical Prices for: null   GO

**Set Date Range**

Start Date: Oct ▼ 1  2013    Eg. Jan 1, 2010    ⦿ Daily
End Date:   Oct ▼ 1  2013                        ○ Weekly
                                                 ○ Monthly
                                                 ○ Dividends Only

                         Get Prices

First | Previous | Next | Last

**Prices**

| Date        | Open  | High  | Low   | Close | Volume | Adj Close* |
|-------------|-------|-------|-------|-------|--------|------------|
| Oct 1, 2013 | 10.41 | 10.41 | 10.41 | 10.41 | 0      | 10.34      |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

$10.41/share x 11,900.881 shares = $123,888.17

**Ad Topics That Might Interest You...**

1. Top 5 Dividend Stocks        5. Dividend Income Funds
2. Stocks to Buy Now            6. High-Yield Dividend ETFs
3. Best Dividend Stocks         7. Hot Penny Stock Picks
4. 10 Best Mutual Funds         8. Best Penny Stocks to Buy

Feedback                                        ads

Privacy · About Our Ads · Terms · Send Feedback  Yahoo! · ABC News Network

Quotes are real-time for NASDAQ, NYSE, and NYSE MKT. See also delay times for other exchanges. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.

01/03/2014 13:07 FAX   410 295 5812        Morgan Stanley            101962             ☒0001/0001

Estate Valuation

Date of Death:    10/01/2013                                                   Estate of: Thomas L Clancy
Valuation Date:   10/01/2013                                                   Report Type: Date of Death
Processing Date:  01/03/2014                                                   Number of Securities: 10
                                                                               File ID: Clancy

| | Shares or Par | Security Description | High/Ask | Low/Bid | Mean and/or Adjustments | Div and Int Accruals | Security Value |
|---|---|---|---|---|---|---|---|
| 1) | 46 | ALLSTATE CORP (020002101) COM<br>New York Stock Exchange<br>10/01/2013 | 50.85000 | 50.47000 H/L | 50.660000 | | 2,330.36 |
| 2) | 25 | AMBASE CORP (023164106) COM<br>OTC Bulletin Board<br>10/01/2013 | 1.16000 | 1.15000 H/L | 1.155000 | | 28.88 |
| 3) | 244 | AMERISOURCEBERGEN CORP (03073E105) COM<br>New York Stock Exchange<br>10/01/2013 | 62.50000 | 61.10000 H/L | 61.800000 | | 15,079.20 |
| 4) | 150 | APPLE INC (037833100) COM<br>The NASDAQ Stock Market LLC<br>10/01/2013 | 489.14000 | 478.38100 E/L | 483.760500 | | 72,564.08 |
| 5) | 14551.73 | Cash (CASH) | | | | | 14,551.73 |
| 6) | 31 | DAIMLER AG (D1668R123) REG SHS<br>New York Stock Exchange<br>10/01/2013 | 78.82000 | 78.05000 H/L | 78.435000 | | 2,431.49 |
| 7) | 42 | FREEPORT-MCMORAN COPPER & GOLD (35671D857) COM<br>New York Stock Exchange<br>10/01/2013 | 33.12000 | 32.39000 H/L | 32.755000 | | 1,375.71 |
| 8) | 40 | LOCKHEED MARTIN CORP (539830109) COM<br>New York Stock Exchange<br>10/01/2013 | 128.30000 | 127.44000 H/L | 127.870000 | | 5,114.80 |
| 9) | 10 | PHARMERICA CORP (71714F104) COM<br>New York Stock Exchange<br>10/01/2013 | 13.56000 | 13.24000 H/L | 13.400000 | | 134.00 |
| 10) | 12 | SUNTRUST BKS INC (867914103) COM<br>New York Stock Exchange<br>10/01/2013 | 32.92000 | 32.36600 H/L | 32.643000 | | 391.72 |

Total Value:                                                                                         $114,001.97
Total Accrual:                                                                           $0.00
       Total: $114,001.97

This report was produced with EstateVal, a product of Estate Valuations & Pricing Systems, Inc. If you have questions, please contact EVP Systems at (818) 313-6300 or www.evpsys.com. (Revision 7.3.1)

/4

<a>

101962

Detach Here

American Stock Transfer & Trust Co.
Wall Street Station
PO Box 922
New York, NY 10269-0560

| GROSS AMOUNT |
|---|
| $235.04 |

| TAX WITHHELD |
|---|
| $0.00 |

| NET CHECK AMOUNT |
|---|
| $235.04 |

Please retain this statement for your records.

378

Detach Here

Detach Here

**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**INFORMATION STUB**

12653   AMERICAN BANKNOTE CORPORATION-COMMON

| DATE |
|---|
| 11/20/2013 |

| ACCOUNT NUMBER | CHECK NUMBER |
|---|---|
| ▮▮▮▮ | ▮▮▮▮ |

JW THOMPSON WEBB PERSONAL REP

ESTATE OF THOMAS L CLANCY JR

C/O MILES & STOCKBRIDGE PC
100 LIGHT STREET
BALTIMORE MD 21202

$235.04

Detach Here

CASH PAYMENT $0.63183

Exchanged company: AMERICAN BANKNOTE CORPORATION-COMMON

Exchanged registration: THOMAS L CLANCY JR



14

101962

Estate Valuation

Date of Death: 10/01/2013  
Valuation Date: 10/01/2013  
Processing Date: 11/14/2013  

Estate of: Clancy, Estate of Thomas  
Account: ▓  
Report Type: Date of Death  
Number of Securities: 1  
File ID: Clancy, Estate of Thomas  

| Shares or Par | Security Description | High/Ask | Low/Bid | Mean and/or Adjustments | Div and Int Accruals | Security Value |
|---|---|---|---|---|---|---|
| 1) | 729 COMMUNITY FINL CORP MD (89546L107) COM<br>OTC Bulletin Board<br>10/01/2013 | 19.05000 | 18.95010 H/L | 19.000050 | | 13,851.04 |

Total Value: $13,851.04  
Total Accrual: $0.00  
Total: $13,851.04

Page 1

This report was produced with EstateVal, a product of Estate Valuations & Pricing Systems, Inc. If you have questions, please contact EVP Systems at (818) 313-6300 or www.evpsys.com. (Revision 7.1.1)

14

| Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More |

Sign In   Mail

Finance Home   My Portfolio   Market Data   Business & Finance   Personal Finance   Yahoo Originals   CNBC

Enter Symbol

Sat, Jan 4, 2014, 10:19AM EST - US Markets are closed

Dow ↑0.17% Nasdaq ↓0.27%

**Fidelity**   **Scottrade** Get Up to $1,000 See Details   **Ameritrade** GO ●   Visit our Mutual Fund Center

**American Funds Invmt Co of Amer A (AIVSX)**   Add to Portfolio
**36.30** ↓0.09(0.25%) Jan 3

## Historical Prices

Get Historical Prices for: null   GO

**Set Date Range**

Start Date: Oct ▼ 1   2013      Eg. Jan 1, 2010
End Date: Oct ▼ 1   2013

◉ Daily
○ Weekly
○ Monthly
○ Dividends Only

Get Prices

First | Previous | Next | Last

**Prices**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Oct 1, 2013 | 36.02 | 36.02 | 36.02 | 36.02 | 0 | 36.02 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

⤓ Download to Spreadsheet

Currency in USD.

6,629.380 shares x $36.02/shares = $238,790.26

Obtain prospectus

**Vanguard**

**Ad Topics That Might Interest You...**

1. Top 5 Dividend Stocks
2. Best Dividend Stocks
3. Stocks to Buy Now
4. High Dividend ETFs
5. Hot Penny Stock Picks
6. 10 Best Mutual Funds
7. Best Penny Stocks to Buy
8. Dividend Income Funds

Feedback          ads

101962    Page 1 of 2

Finance Home | Mail | My Portfolio | News | Sports | Market Data | Weather | Business & Finance | Games | Groups | Answers | Personal Finance | Screen | Flickr | Yahoo Originals | Mobile | More | CNBC

Enter Symbol    Sat, Jan 4, 2014 10:17AM EST - US Markets Closed    Sign In | Mail

Dow ↑0.17% Nasdaq ↓0.27%

**American Funds Washington Mutual A (AWSHX)**    Add to Portfolio

**39.10** ↑0.02 (0.05%) Jan 3

### Historical Prices

Get Historical Prices for: null    GO

**Set Date Range**

Start Date: Oct ▾ 1  2013    Eg. Jan 1, 2010    ● Daily
End Date: Oct ▾ 1  2013    ○ Weekly
○ Monthly
○ Dividends Only

Get Prices

First | Previous | Next | Last

**Prices**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Oct 1, 2013 | 37.17 | 37.17 | 37.17 | 37.17 | 0 | 37.17 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

13,135.951 shares x $37.17 shares = $488,263.29

**Susie Esposito**
VANGUARDIAN · SINCE 2007

**Vanguard**

**Ad Topics That Might Interest You...**

1. Top 5 Dividend Stocks
2. Best Dividend Stocks
3. Stocks to Buy Now
4. High Dividend ETFs
5. Hot Penny Stock Picks
6. 10 Best Mutual Funds
7. Best Penny Stocks to Buy
8. Dividend Income Funds

Feedback

Privacy - About Our Ads - Terms - Send Feedback    Yahoo! - ABC News Network

Quotes are real-time for NASDAQ, NYSE, and NYSE MKT. See also delay times for other exchanges. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.

# INVENTORY
## Supporting Schedule

Inventory of Estate of
Thomas L. Clancy, Jr.

Estate No. 101962

**SCHEDULE**     F

| Item No. | Description | Market Value |
|---|---|---|
| 1. | HSBC Savings Acct. #5524 (see attached statement) | $79,712.23 |
| | **Total** | $79,712.23 |

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the _____ day of _____ , _____ , and that the appraisal was done impartially and to the best of my skill and judgement.

_____  _____
Signature of appraiser          Printed Name

                                _____
                                Address

### Instructions:

Pursuant to Code, Estates and Trusts Article §7-201.
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessay to list wearing apparel other than furs and jewelry.

RW1123                                              ROWNET
                                                    11/2009
                                                    PDF

14

101962



**HSBC PREMIER SAVINGS**
**Statement of Account**
Account Number

October 1, 2013 - October 31, 2013
Page 1 of 1

MDG2013  001123  1 AV  0360    1

THOMAS L CLANCY JR          10-00610
C/O SCHULMAN LOBEL ET AL LLP, FL 10
1001 AVE OF THE AMER
NEW YORK NY 10018-5460



Questions?
Call 800-975-4722 or write:
HSBC
P.O. Box 9
Buffalo, New York 14240



SUMMARY OF ACTIVITY FOR THE PERIOD 10/01/13 TO 10/31/13

| | |
|---|---:|
| YOUR BALANCE ON 09/30/13 WAS | 74,300.23 |
| THERE WERE WITHDRAWALS AND SUBTRACTIONS | .00 |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | 5,667.00 |
| INTEREST POSTED THIS PERIOD | 6.79 |
| YOUR BALANCE ON 10/31/13 | 79,974.02 |

DATE OF LAST STATEMENT WAS 09/30/13

INTEREST PAID THIS YEAR          1,164.22

TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---:|---:|---:|
| 10/01/13 | DEPOSIT FROM SSA TREAS             SEC | | 5,412.00 | 79,712.23 |
| 10/08/13 | DEPOSIT FROM SSA TREAS             SEC | | 255.00 | 79,967.23 |
| 10/31/13 | INTEREST PAID FROM 10/01/13 THROUGH 10/31/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE    $79,909.64 | | 6.79 | |
| 10/31/13 | $6.79 INTEREST EARNED FROM 10/01/13 THROUGH 10/31/13 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE    $79,909.64 ANNUAL PERCENTAGE YIELD EARNED 00.10 % | | | 79,974.02 |

AG 11/18/13

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment*



14