IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALEXANDRA CLANCY.,
*Plaintiff*

v.                                              Civil Action No. ELH-17-3371

JACK RYAN ENTERPRISES, LTD., *et al*,
*Defendants.*

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 10th day

of February, 2021, by the United States District Court for the District of Maryland, **ORDERED**:

1.  The Motion for Surreply (ECF 153) is **GRANTED**;

2.  The JR Entities' Motion (ECF 135) is **GRANTED** as to the claims in Counts II,
    III, and IV of the Amended Complaint and Counts I and II of the Counterclaim
    that the JR Books and the characters therein were validly assigned to the JR
    Entities;

3.  The JR Entities' Motion is otherwise **DENIED**;

4.  Plaintiff's Motion (ECF 139) is **DENIED**;

5.  Count V of the Amended Complaint is **DISMISSED**.


_____/s/_____
Ellen Lipton Hollander
United States District Judge