**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 4, 2021

AMENDED LETTER TO COUNSEL

    Re:   *Alexandra M. Clancy v. J.W. Thompson Webb, et al.*
           Civil No.:  ELH-17-3371

Dear Counsel:

    This will confirm and amplify the substance of our discussions during the telephone conference held on March 3, 2021.  The following schedule shall govern.

1. Counsel will submit a proposed schedule, joint if possible, governing expert discovery and *Daubert* motions, due by **March 8, 2021.**

2. *Daubert* motions shall be heard on **November 12, 2021, beginning at 10:00 a.m.**

3. A joint proposed pretrial order is due by **December 6, 2021.**  Each side shall submit a memorandum addressing issues, claims, and defenses, with legal authorities, shall be submitted by each side by the close of business on **December 10, 2021.**

4. A pretrial conference will be held in chambers on **January 7, 2022, at 4:00 p.m.**

5. Trial (bench, 3 days) shall begin on **January 24, 2022**.  On the date of trial, counsel are directed to report to chambers at **9:45 a.m.**

    Set forth below are instructions pertinent to your pretrial and trial preparation.

**Guaranteeing Witness Availability**

    Absent emergency circumstances, a party will guarantee the presence at trial of any witness that party lists in the pretrial order, in accordance with Local Rule 106.2.i., as "expecting to present" at trial.

**Disclosure of Opinions of Expert Witnesses**

    In addition to the information required by Local Rule 106.2.j, the pretrial order shall include for each party a concise summary of the opinion testimony expected from each witness

identified by that party, pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) who may testify at trial. The parties shall identify those witnesses designated pursuant to Rule 26(a)(2)(A) separately from those designated pursuant to Rule 26(a)(2)(B).

**Exhibits**

Please be prepared to advise me at the pretrial conference if there are any objections to the documents and exhibits listed in the pretrial order, in accordance with Local Rule 106.2.h. Any objections not disclosed at that time, other than objections under Fed. R. Evid. 401 and 403, shall be deemed waived at trial, unless excused for good cause shown.

All exhibits must be tagged and numbered prior to trial in accordance with Local Rule 106.7.a. You must meet with one another prior to trial to review and make available for copying one another's exhibits in accordance with Local Rule 106.7.b.

**Use of Courtroom Equipment**

Please be prepared to advise me at the pretrial conference if you would like to use at trial any courtroom technologies.

**Trial Instructions**

Please read carefully the attached memorandum, entitled "Instructions To Counsel Re Trial Procedure And Conduct." You are responsible for knowing the contents of these instructions and all of the provisions of Local Rule 107 concerning trial conduct.

Despite the informal nature of this letter, it is an Order of the Court and the Clerk shall docket it as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge